RECEIVED
CHARLOTTE, NC

SEP - 5 2017

Clerk, US District Court
Western District of NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IMAGES OF CERTAIN ELECTRONIC DEVICES SEIZED DURING A SEARCH OF 103 POLICE CLUB DRIVE, KINGS MOUNTAIN, NC | ) DOCKET NO.: 3:16mj138 )<br>) **ORDER TO UNSEAL THE**<br>) **SEARCH WARRANT, AFFIDAVIT**<br>)    **AND APPLICATION**<br>)<br>)<br>) |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant, Affidavit, and Application in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Search Warrant, Affidavit, and Application in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED.**

Dated: 9/5/17

_____
DAVID C. KEESLER
United States Magistrate Judge